ETHAN R. PLAUT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 771-7715
FAX: (406) 453-9973
Email: Ethan.Plaut@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

JAN 0 6 2022

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 22-63-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | FELON IN POSSESSION OF FIREARM<br>Title 18 U.S.C. § 922(g)(1) (Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |
| MONTE CLYDE FOX, | |
| Defendant. | UNLAWFUL DRUG USER IN POSSESSION OF FIREARM<br>Title 18 U.S.C. § 922(g)(3) (Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

1

## COUNT I

That on or about March 16, 2021, at or near Kevin, in Toole County, in the State and District of Montana, and elsewhere, the defendant, MONTE CLYDE FOX, knowing that he had been convicted on or about May 11, 2006, and on or about May 6, 2013, of crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Idaho, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

That on or about March 16, 2021, at or near Kevin, in Toole County, in the State and District of Montana, and elsewhere, the defendant, MONTE CLYDE FOX, knowing that he was an unlawful user of a controlled substance, as defined in 21 U.S.C. § 802, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(3).

//
//
//
//
//
//

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses set forth in this indictment, the defendant, MONTE CLYDE FOX, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney