IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MONTE CLYDE FOX,**<br><br>**Defendant.** | CR 22-03-GF-BMM<br><br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Monte Fox appeared before the Court on July 6, 2022, and entered a plea of guilty to count I contained in the Indictment. He also admitted the forfeiture allegation at the change of plea proceeding. That admission and the government's offer of proof provide a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT the Defendant's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

- Mauser, Model 1909, 30-06 caliber rifle, serial number M4038
- Stevens/Savage, Model 325A, 30-30 caliber rifle, no visible serial number
- Marlin Glenfield, Model 20, 22 caliber rifle, serial number 22709445

1

- Mossberg, Model 380, 22 caliber rifle, serial number M36455
- Ammunition

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 924(d) and 982(b)(1), and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 13th day of July 2022.

_____
Brian Morris, Chief District Judge
United States District Court