IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MONTE CLYDE FOX,<br><br>Defendant. | CR 22-03-GF-BMM-JTJ<br><br>**ORDER** |

The United States Probation Office filed a Petition on May 16, 2023, requesting that the Court revoke Defendant Monte Fox's supervised release. (Doc. 46). The Court conducted a revocation hearing on June 13, 2023. Fox admitted the alleged violation.

The Court stated that the sentencing portion of the hearing would be continued approximately 90 days. The Court further stated that Fox would be allowed to remain on release status pending the sentencing hearing, subject to certain conditions.

Accordingly, IT IS HEREBY ORDERED:

1. The Court will conduct the sentencing portion of Fox's revocation hearing at 1:30 p.m. on September 12, 2023, at the Missouri River Courthouse in Great Falls, Montana.

2. Fox shall be allowed to remain on release status pending the sentencing hearing. Fox must comply with the release conditions imposed previously.

DATED this 14th day of June, 2023.

John Johnston
United States Magistrate Judge